PROB 12C
(6/16)

Report Date: October 31, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roberta Jean Peone                Case Number: 0980 2:18CR00116-RMP-1

Address of Offender: ████████████    Spokane Valley, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: December 15, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy, 18 U.S.C. § 371 | |
| Original Sentence: | Prison - 95 days<br>TSR - 36 days | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 25, 2017) | Prison - 7 months<br>TSR - 21 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: September 15, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 14, 2019 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer.  The cost to be paid by both the defendant and the government is based upon the defendant's ability to pay.<br><br>**Supporting Evidence**: Roberta Peone violated the terms of her supervised release by failing to appear for a random urinalysis test on or about September 24, 2018.<br><br>On September 15, 2017, supervision commenced in this matter. At that time, Ms. Peone was under the jurisdiction of the District of Idaho and residing at the Port of Hope in Coeur d' Alene, Idaho.  The Eastern District of Washington accepted supervision of this case in December 2017, and ultimately accepted jurisdiction in July 2018. |

On December 20, 2017, a supervision intake was completed with Ms. Peone. Ms. Peone signed a copy of her judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included mandatory condition number 3, noted above.

On August 9, 2018, due to relapsing on methamphetamine, Ms. Peone was referred back to Pioneer Counseling Services (PCS) for random urinalysis testing. She was directed to call the drug testing line daily and when her color, Brown 2, was called, she was expected to appear at PCS by 7 p.m. for testing.

Ms. Peone failed to appear for testing on September 24, 2018. Ms. Peone indicated she thought it was the weekend and forgot to call the drug testing line.

It should also be noted that Ms. Peone submitted to a urinalysis on September 26, 2018. Although this sample was noted to be negative for illicit substances, it was also noted to be a dilute specimen indicating efforts made to conceal illicit drug use.

2    **Mandatory Condition #3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay

**Supporting Evidence**: Roberta Peone violated the terms of her supervised release by consuming methamphetamine on or about September 28, 2018

On September 15, 2017, supervision commenced in this matter. At that time, Ms. Peone was under the jurisdiction of the District of Idaho and residing at the Port of Hope in Coeur d' Alene, Idaho. The Eastern District of Washington accepted supervision of this case in December of 2017, and ultimately accepted jurisdiction in July of 2018.

On December 20, 2017, a supervision intake was completed with Ms. Peone. Ms. Peone signed a copy of her judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included mandatory condition number 3, noted above.

On October 1, 2018, Ms. Peone reported to Pioneer Counseling Services (PCS) for the purpose of a random urinalysis test. The sample tested presumptive positive for methamphetamine. Ms. Peone admitted use and signed a drug use admission form indicating she consumed methamphetamine on September 28, 2018.

3    **Mandatory Condition #3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

**Supporting Evidence**: Roberta Peone violated the terms of her supervised release by consuming methamphetamine on or about October 5, 2018.

Prob12C
Re: Peone, Roberta Jean
October 31, 2018
Page 3

On September 15, 2017, supervision commenced in this matter. At that time, Ms. Peone was under the jurisdiction of the District of Idaho and residing at the Port of Hope in Coeur d' Alene, Idaho. The Eastern District of Washington accepted supervision of this case in December of 2017, and ultimately accepted jurisdiction in July of 2018.

On December 20, 2017, a supervision intake was completed with Ms. Peone. Ms. Peone signed a copy of her judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included mandatory condition number 3, noted above.

On October 5, 2018, Ms. Peone reported to PCS for the purpose of a random urinalysis test. The sample tested presumptive positive for methamphetamine. Ms. Peone denied use and the sample was sent to the lab for additional testing.

The lab report was received in reference to the October 5, 2018, urinalysis test. The lab report confirmed a positive presence for methamphetamine.

4        **Mandatory Condition # 3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

**Supporting Evidence**: Roberta Peone violated the terms of her supervised release by consuming methamphetamine, on or about October 19, 2018.

On September 15, 2017, supervision commenced in this matter. At that time, Ms. Peone was under the jurisdiction of the District of Idaho and residing at the Port of Hope in Coeur d' Alene, Idaho. The Eastern District of Washington accepted supervision of this case in December of 2017, and ultimately accepted jurisdiction in July of 2018.

On December 20, 2017, a supervision intake was completed with Ms. Peone. Ms. Peone signed a copy of her judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included mandatory condition number 3, noted above.

On October 19, 2018, Ms. Peone reported to the U.S. Probation Office for the purposes of a random urinalysis test. The sample tested presumptive positive for methamphetamine. Ms. Peone denied use and the sample was sent to the lab for additional testing.

The lab report was received in reference to the October 19, 2018, urinalysis test. The lab report confirmed a positive presence for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Peone, Roberta Jean**
**October 31, 2018**
**Page 4**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 31, 2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

10/31/2018

Date