PROB 12C
(6/16)

Report Date: November 27, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roberta Jean Peone      Case Number: 0980 2:18CR00116-RMP-1

Address of Offender: 7415 E. Fairview Ave, Spokane Valley, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: December 15, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy, 18 U.S.C. § 371 | |
| Original Sentence: | Prison - 95 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 25, 2017) | Prison - 7 months<br>TSR - 21 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: September 15, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 14, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/31/2018 and 11/15/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #3** :The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.<br><br>**Supporting Evidence**: Roberta Peone violated the terms of her supervised release by consuming methamphetamine on or about November 8, 2018.<br><br>On September 15, 2017, supervision commenced in this matter. At that time, Ms. Peone was under the jurisdiction of the District of Idaho and residing at the Port of Hope in Coeur d' Alene, Idaho. The Eastern District of Washington accepted supervision of this case in December 2017, and ultimately accepted jurisdiction in July 2018. |

On December 20, 2017, a supervision intake was completed with Ms. Peone. Ms. Peone signed a copy of her judgment, indicating an acknowledgment and understanding of the conditions imposed by the Court, which included mandatory condition number 3, noted above.

On November 13, 2018, Ms. Peone reported to Pioneer Counseling Services (PCS) for the purpose of a random urinalysis test. The sample tested presumptive positive for methamphetamine. Ms. Peone denied use of illicit substances and the sample was sent to the lab for additional testing.

On November 22, 2018, the lab report was received and noted a positive presence of methamphetamine in the November 13, 2018, urine sample. Ms. Peone was contacted by phone. Despite having a positive lab report, she continued to deny use. However, during a follow up telephone call on November 26, 2018, Ms. Peone advised she last consumed methamphetamine on or about November 8, 2018.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 27, 2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/27/2018

Date