Report Date: December 19, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Roberta Jean Peone | Case Number: 0980 2:18CR00116-RMP-1 |
| Address of Offender: | Spokane Valley, Washington 99202 |

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: December 15, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy, 18 U.S.C. § 371 | |
| Original Sentence: | Prison - 95 days; TSR - 36 days | Type of Supervision: Supervised Release |
| Revocation Sentence: (April 25, 2017) | Prison - 7 months TSR - 21 months | |
| Asst. U.S. Attorney: | Russell E Smoot | Date Supervision Commenced: September 15, 2017 |
| Defense Attorney: | J Houston Goddard | Date Supervision Expires: June 14, 2019 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/31/2018, 11/15/2018 and 11/27/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #7**: You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.<br><br>**Supporting Evidence**: Roberta Peone violated the terms of her supervised release by failing to make restitution payments since, on or about January 15, 2018.<br><br>On September 25, 2017, Ms. Peone's term of supervised release commenced with the District of Idaho.  In December 2017, her case was transferred to the Eastern District of Washington.<br><br>On December 20, 2017, a supervision intake was completed.  The conditions of supervised release were reviewed with her and she signed a copy of the judgment acknowledging an understanding of the conditions imposed by the Court, which includes mandatory condition number 7, as noted above.  In addition, Ms. Peone signed a restitution agreement form, agreeing to pay $25 or 10% of her household income monthly beginning January 15, 2018. |

    Ms. Peone has failed to make any restitution payments since supervision commenced in this matter.

9    **Special Condition #5**: The defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

    **Supporting Evidence**: Roberta Peone violated the terms of her supervised release by failing to appear for random urinalysis testing on or about December 11 and 13, 2018.

    On September 25, 2017, Ms. Peone's term of supervised release commenced with the District of Idaho. In December 2017, her case was transferred to the Eastern District of Washington. On December 20, 2017, a supervision intake was completed. The conditions of supervised release were reviewed with her and she signed a copy of the judgment acknowledging an understanding of the conditions imposed by the Court, which includes special condition number 5, as noted above.

    On August 9, 2018, as a result of methamphetamine use, Ms. Peone was placed on phase drug testing. Ms. Peone was directed to call the drug testing line daily. If her color was called for that day, she is expected to appear for a urinalysis that same day.

    Pioneer Counseling Services reported that Ms. Peone failed to appear for random urinalysis testing on the above-noted dates.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

          I declare under penalty of perjury that the foregoing is true and correct.

           Executed on:  December 19, 2018

                  s/Melissa Hanson

                  Melissa Hanson
                  U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_/s/ Rosanna Malouf Peterson_
Signature of Judicial Officer

12/19/2018
Date