PROB 12A
(6/16)

# United States District Court

## for the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Roberta Jean Peone | Case Number: 0980 2:18CR00116-RMP-1 |

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: December 15, 2015 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy, 18 U.S.C. § 371 | Date Supervision Commenced: April 28, 2019 |
| Original Sentence: Prison - 95 days<br>TSR - 36 months | Date Supervision Expires: July 27, 2021 |

Revocation Sentence: Prison - 7 months
(April 25, 2017)  TSR - 21 months

Revocation Sentence: Prison - 2 months
(March 1, 2019)  TSR - 27 months

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more that 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Roberta Peone violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about April 18, and May 11, 2019.

On March 1, 2019, a supervised release revocation hearing was held. Ms. Peone's term of supervised release was revoked. She was sentenced to a 2-month term of imprisonment followed by a 27-month term of supervised release. As a part of her conditions of supervised release, a number of special conditions were ordered, to include, special condition number 3 noted above.

On April 28, 2019, supervision commenced in this matter. On May 2, 2019, Ms. Peone reported to the U.S. Probation Office for the purpose of a supervision intake. Ms. Peone signed a copy of her judgment, indicating acknowledgment and understanding of the conditions imposed by the Court.

At the time of her intake, Ms. Peone submitted to a urinalysis test, which tested presumptive positive for methamphetamine. Ms. Peone denied use of illicit substances and the sample was sent to the laboratory for additional testing. The laboratory report was received and confirmed a positive presence for methamphetamine.

On May 14, 2019, Ms. Peone reported to the U.S. Probation Office. She was confronted about the positive urinalysis test from May 2, 2019. Ms. Peone admitted to consuming methamphetamine on the day she released, April 28, 2019, and again on May 11, 2019. Ms. Peone signed a drug use admission form.

**U.S. Probation Officer Action**:

As noted above, Ms. Peone immediately returned to methamphetamine use upon release from custody. She is residing in her mother's home at the above-noted address and has since re-enrolled in intensive outpatient treatment at Marimn Health, located in Plummer, Idaho.

In addition, Ms. Peone expressed interest in the Sobriety Treatment and Education Program (STEP). The STEP team has reviewed her case and determined her to be an appropriate candidate for the program. Ms. Peone is scheduled to meet with the STEP probation officer this week and is expected to begin the program shortly thereafter.

It is the recommendation of the undersigned officer that the Court take no further action at this time, allowing Ms. Peone the opportunity to participate in STEP. Please advise should Your Honor require a different course of action, or a court appearance by Ms. Peone.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed On: | May 20, 2019 |
| --- | --- |
| | s/Melissa Hanson |
| | Melissa Hanson
U.S. Probation Officer |

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

*Signature of Judicial Officer*

5/20/2019
Date