PROB 12C
(6/16)

Report Date: September 20, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Roberta Jean Peone | Case Number: 0980 2:18CR00116-WFN-1 |
| Address of Offender: | Spokane Valley, Washington 99206 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 15, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy, 18 U.S.C. § 371 | |
| Original Sentence: | Prison - 95 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (April 25, 2017) | Prison - 7 months; TSR - 21 months | |
| Revocation Sentence: (March 1, 2019) | Prison - 2 months; TSR - 27 months | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: April 28, 2019 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: July 27, 2021 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: On September 3, 2019, Roberta Peone submitted a urine specimen that was confirmed positive for methamphetamine. She initially denied consumption, however, later admitted she consumed methamphetamine on or about September 1, 2019. |
| | On December 20, 2017, a supervision intake was completed. The conditions of supervised release were reviewed and she signed a copy of the judgment acknowledging an understanding of the conditions imposed by the Court, which includes mandatory condition number 3, as noted above. |

Prob12C
**Re: Peone, Roberta Jean**
**September 20, 2019**
**Page 2**

| | |
|---|---|
| 2 | **Standard Condition # 2**: After initially reporting to the probation office, you receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: On September 5, 2019, Roberta Peone was directed by the U.S. probation officer to report to and attend the Eastern District of Washington Sobriety Treatment and Education Program (STEP) session on September 19, 2019. Additionally, she was provided with a written order reflecting her scheduled attendance. Roberta Peone failed to attend her scheduled STEP session on September 19, 2019.

On December 20, 2017, a supervision intake was completed. The conditions of supervised release were reviewed and she signed a copy of the judgment acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 2, as noted above.

| | |
|---|---|
| 3 | **Special Condition # 2**: You must undergo a substance abuse evaluation, and, if indicated by a licensed certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Roberta Peone failed to report for her scheduled treatment sessions at Pioneer Counseling Center on September 16 and 18, 2019.

On December 20, 2017, a supervision intake was completed. The conditions of supervised release were reviewed and she signed a copy of the judgment acknowledging an understanding of the conditions imposed by the Court, which includes special condition number 2, as noted above.

| | |
|---|---|
| 4 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Roberta Peone failed to report for urinalysis testing as directed on September 18, 2019.

On December 20, 2017, a supervision intake was completed. The conditions of supervised release were reviewed and she signed a copy of the judgment acknowledging an understanding of the conditions imposed by the Court, which includes special condition number 3, as noted above.

Prob12C
**Re: Peone, Roberta Jean**
**September 20, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   9/20/2019

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

  9/20/2019
Date