PROB 12C  
(6/16)

Report Date: January 28, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roberta Jean Peone          Case Number: 0980 2:18CR00116-RMP-1

Address of Offender:                                           Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: December 15, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy, 18 U.S.C. § 371 | |
| Original Sentence: | Prison - 95 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (April 25, 2017) | Prison - 7 months; TSR - 21 months | |
| Revocation Sentence: (March 1, 2019) | Prison - 2 months; TSR - 27 months | |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: April 28, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 27, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/20/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #2**: You must not unlawfully posses a controlled substance, including marijuana, which remains illegal under federal law. <br><br> **Supporting Evidence**: On January 24, 2020, Roberta Peone was found to be in possession of methamphetamine. <br><br> Specifically, according to an affidavit in support of a warrantless arrest, incident#C20000172, in the District Court of the First Judicial District of the State of Idaho, |

Prob12C
Re: Peone, Roberta Jean
January 28, 2020
Page 2

in and for the County of Kootenai, reflects the following: On January 24, 2020, Idaho state troopers, along with a Kootenai County sheriffs deputy, contacted a vehicle that failed to maintain its lane of travel. Troopers contacted the back passenger who reported her name to be Sarah Sijohn, but did not have identification. After law enforcement could not confirm her identity, she admitted her true identity as Roberta Peone. She was found to be in possession of a cigarette pack with a white crystal like substance. The white crystal like substance was later tested and found to be methamphetamine with a total weight of .6 grams. Ms. Peone was arrested at that time and booked into the Kootenai County Jail. No further information regarding this matter is available at this time.

On May 2, 2019, a supervision intake was completed. The conditions of supervised release were reviewed with Ms. Peone, and she signed a copy of the judgment acknowledging an understanding of the conditions imposed by the Court, which includes mandatory condition number 2, as noted above.

6    **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or probation officer.

**Supporting Evidence**: On January 24, 2020, Roberta Peone was located in the District of Idaho. Ms. Peone did not have permission from the Court or probation officer to travel outside of the Eastern District of Washington.

Specifically, according to an affidavit in support of a warrantless arrest, incident# C20000172, in the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai, reflects the following: On January 24, 2020, Idaho state troopers, along with a Kootenai County sheriffs deputy, contacted a vehicle that failed to maintain its lane of travel. Troopers contacted the back passenger who reported her name to be Sarah Sijohn, but did not have identification. After law enforcement could not confirm her identity, she admitted her true identity as Roberta Peone. This occurred in the District of Idaho.

On May 2, 2019, a supervision intake was completed. The conditions of supervised release were reviewed with Ms. Peone, and she signed a copy of the judgment acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 3, as noted above.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/28/2020

s/Richard Law

Richard Law
Supervisory U.S. Probation Officer

Prob12C
**Re: Peone, Roberta Jean**
**January 28, 2020**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

1/28/2020
Date